**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.40.114.175**

**ISP:** Comcast Cable
**Physical Location:** Warrenton, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/16/2018 02:54:28 | 57CBD561DB8BB2BBF9E449E576026665017FFEE1 | Slippery When Wet |
| 04/20/2016 18:09:27 | 0ADB67CD87CEB7320C671BDDFC20383BB2183F72 | Jillian Multiple Orgasms |
| 10/02/2015 17:57:00 | E17978BE45331BF49BAEB91EE1DE25F3969E72F0 | A Gift from Colette |
| 09/20/2015 00:43:33 | 2CE3BB95DD14D5574CE295675768B0071C2FBE8C | Angelica means Angel |
| 09/19/2015 00:54:33 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |
| 09/17/2015 23:24:34 | 85A9ABF6A89DD5C8CA9DEEF1D63F21E59BEEB295 | Hot Orgasm |
| 08/22/2015 01:27:46 | 83CA6D53AA3BF1F4E69C0CA7073D885B1A48531E | Au Paradis |
| 08/17/2015 01:02:29 | 1F05F301B463146B2298235B09A99B5A58C59148 | Smarty Pants |
| 08/17/2015 01:01:16 | 5853155E43D0D38726173FF22B237C761731CB31 | Poolside Pleasure |
| 08/16/2015 13:28:03 | D253C4E487EE12CEDB6FE3F85CEB30C87C96C03A | Pretty Bad Girl |
| 08/11/2015 01:59:10 | E675D5D6765D673B2713191672354F5660DDF5C7 | Pink Magic |
| 08/10/2015 21:21:56 | 8C0696A4AC1795AC707003BB2BCEB8BF07939072 | Watching |
| 10/22/2014 12:53:49 | 21CC9225044A02142E826FC86ACA140656096495 | Shes A Spinner |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

EVA394